# TENNESSEE *v.* ARKANSAS

No. 77, Orig.   Decree entered December 14, 1981

## DECREE

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The boundary line between the States of Tennessee and Arkansas in the area in controversy is fixed as geodetically described in Exhibit A, appended hereto, and as shown on Appendix E to the Special Master's Report filed with this Court on April 13, 1981.   Said Exhibit E is incorporated by reference herein.

2. The costs of this proceeding shall be divided equally between the parties.

## EXHIBIT "A"

## TENNESSEE—ARKANSAS STATE BOUNDARY IN THE ELMOT BAR-ISLAND 30 SECTOR OF THE MISSISSIPPI RIVER

The following is a description, by geodetic position (North American Datum) of the locus of the Tennessee-Arkansas State Boundary that became fixed in the abandoned Fletcher Bend Channel that bounds Elmot Bar-Island 30 on the North and West.   This boundary, lying between North Latitude 35° 40' 30.8" and North 35° 45' 34.6" and West Longitude 89° 52' 35" and West Longitude 89° 57' 31.5", begins at the head of Elmot Bar-Island 30 Chute Channel and thence runs Northwestward, Southwestward, Southward and Southeastward, along fixed (dead) thalweg and last steamboat navigation course in the abandoned Fletcher Bend Channel to the foot of Elmot Bar-Island 30 Chute Channel.

The Locus of the said Tennessee-Arkansas State Boundary is depicted on the 1973–1975 Mississippi River Hydrographic

Survey and is described as beginning at the head of the Elmot Bar-Island 30 Chute Channel at *Point P-1* at North Latitude 35° 44' 30.8" and West Longitude 89° 52' 35";

Thence North to *Point P-2*, Lat. 35° 44' 16.8" and Long. 89° 52' 35";

Thence Northward to *Point P-3*, Lat. 35° 44' 28.7" and Long. 89° 52' 38";

Thence Northwestward to *Point-4*, Lat. 35° 44' 42" and Long. 89° 53';

Thence Northwestward to *Point-5*, Lat. 35° 45' and Long. 89° 53' 22";

Thence Northwestward to *Point-6*, Lat. 35° 45' 10" and Long. 89° 53' 35";

Thence Northwestward to *Point-7*, Lat. 35° 45' 17.8" and Long. 89° 53' 47";

Thence Northwestward to *Point-8*, Lat. 35° 45' 25.5" and Long. 89° 54';

Thence Northwestward to *Point-9*, Lat. 35° 45' 34.6" and Long. 89° 54' 18";

Thence Westward to *Point-10*, Lat. 35° 45' 33.5" and Long. 89° 54' 30";

Thence Southwestward to *Point-11*, Lat. 35° 45' 29.7" and Long. 89° 54' 40";

Thence Southwestward to *Point-12*, Lat. 35° 45' 23.8" and Long. 89° 54' 47";

Thence Southwestward to *Point-13*, Lat. 35° 45' 15.6" and Long. 89° 55';

Thence Southwestward to *Point-14*, Lat. 35° 45' and Long. 89° 55' 30";

Thence Southwestward to *Point-15*, Lat. 35° 44' 46.5" and Long. 89° 56';

Thence Southwestward to *Point-16*, Lat. 35° 44' 36.6" and Long. 89° 56' 20";

Thence Southwestward to *Point-17*, Lat. 35° 44' 27.9" and Long. 89° 56' 40";

Thence Southwestward to *Point-18*, Lat. 35° 44' 18.9" and Long. 89° 57';

Thence Southwestward to *Point-19*, Lat. 35° 44' 10.1" and Long. 89° 57' 14";

Thence Southwestward to *Point-20*, Lat. 35° 44' and Long. 89° 57' 23";

Thence Southwestward to *Point-21*, Lat. 35° 43' 39.2" and Long. 89° 57' 31";

Thence Southward to *Point-22*, Lat. 35° 43' 23.9" and Long. 89° 57' 31.5";

Thence Southward to *Point-23*, Lat. 35° 43' and Long. 89° 57' 28.5";

Thence Southward to *Point-24*, Lat. 35° 42' 42.6" and Long. 89° 57' 25";

Thence South to *Point-25*, Lat. 35° 42' 21.3" and Long. 89° 57' 25";

Thence Southward to *Point-26*, Lat. 35° 42' and Long. 89° 57' 23";

Thence Southward to *Point-27*, Lat. 35° 41' 43.6" and Long. 89° 57' 23.5";

Thence Southward to *Point-28*, Lat. 35° 41' 26.1" and Long. 89° 57' 21";

Thence Southeastward to *Point-29*, Lat. 35° 41' 11.4" and Long. 89° 57' 12";

Thence Southeastward to *Point-30*, Lat. 35° 41' and Long. 89° 57' 03.5";

Thence Southeastward to *Point-31*, Lat. 35° 40' 56.4" and Long. 89° 57';

Thence Southeastward to *Point-32*, Lat. 35° 40' 30.8" and Long. 89° 56' 34" at the foot of the Elmot Bar-Island 30 Chute Channel.